IN THE DISTRICT COURT OF APPEAL
                                              FIRST DISTRICT, STATE OF FLORIDA

YOLANDA WESLEY,                               NOT FINAL UNTIL TIME EXPIRES TO
                                              FILE MOTION FOR REHEARING AND
          Appellant,                          DISPOSITION THEREOF IF FILED

v.                                            CASE NO. 1D15-3133

STATE OF FLORIDA,

          Appellee.

_____/

Opinion filed

An appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

Office of Jeffrey E. Lewis, Criminal Conflict & Civil Regional Counsel, and
Michael J. Titus, Assistant Regional Conflict Counsel, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Sharon S. Traxler, Assistant Attorney
General, for Appellee.

PER CURIAM.

          AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., CONCUR.